UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SIMEON AMES, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-1885 |
| § | |
| DW DIRECT, INC., *et al*, § | |
| § | |
| Defendants. § | |

## **CONDITIONAL ORDER OF DISMISSAL**

The Court has been informed by notice that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within ninety (90) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** ninety (90) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 30th day of June, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE